UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:05 CV 415 (SRU) |
| JAMES SARACENI | : | |

## ORDER

A Trial Calendar Call is ordered in this matter for **October 25, 2007 at 3:00 p.m.**. Counsel for both parties are ordered to appear before Judge Stefan R. Underhill in Courtroom #1 at the United States District Court, 915 Lafayette Blvd., Bridgeport, CT at that time. Parties shall be prepared to discuss the trial readiness and scheduling of this case for a final pre-trial conference, jury selection, and trial.

Parties are to confer in advance and should be prepared to jointly provide the Court with the following information:

1. A list of dates between November 26, 2007, and April 25, 2008 when counsel and witnesses are unavailable for trial; and

2. Issues raised in the pre-trial memorandum that need to be resolved in advance of trial, including further proceedings prior to trial, anticipated evidentiary problems at trial, and motions in limine.

If the parties believe that a settlement conference would be beneficial, they should request a settlement conference by contacting Chambers on or before **October 1, 2007**. Requests made after this date may not be honored. A request for a settlement conference, in the absence of further order of the court, will not delay submission of the joint trial memorandum or the scheduling of trial.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and confirm that all parties have notice of the October 25, 2007 trial calendar call.

It is so ordered.

Dated at Bridgeport this 10th day of September 2007.

                                                /s/ Stefan R. Underhill
                                                 Stefan R. Underhill
                                                 United States District Judge